IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| WILDER CHIROPRACTIC, INC., a Wisconsin corporation, individually and as the representative of a class of similarly-situated persons,<br><br>              Plaintiff,<br><br>   v.<br><br>STANDARD HOMEOPATHIC LABORATORIES, INC., STANDARD HOMEOPATHIC COMPANY, HYLAND'S INC. and JOHN DOES 1-10,<br><br>              Defendants. | Civil Action No. 3:15-cv-00336<br><br>**CLASS ACTION** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, WILDER CHIROPRACTIC, INC., through its undersigned attorneys, hereby voluntarily dismisses this action without prejudice and without costs.

                              Respectfully submitted,

                              WILDER CHIROPRACTIC, INC., individually, and as the representative of a class of similarly-situated persons

                              By: s/Brian J. Wanca
                                  Brian J. Wanca


                              Brian J. Wanca
                              **ANDERSON + WANCA**
                              3701 Algonquin Road, Suite 500
                              Rolling Meadows, IL 60008
                              Telephone: 847-368-1500 / Fax: 847-368-1501
                              bwanca@andersonwanca.com

                              And

Charles H. Barr, Attorney at Law
9474 North Broadmoor Road
Bayside, WI  53217
Telephone:  414-351-0057 / Fax: 414-892-5752
cbarr@cbarrlaw.com

### CERTIFICATE OF SERVICE

    I hereby certify that on June 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record and a copy will be served on the Defendant(s) at the same time the summons and complaint are served.

    s/ Brian J. Wanca